TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Chief, Civil Division
ALARICE M. MEDRANO
Chief, Complex and Defensive Litigation Section
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
E-mail: Gavin.Greene@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RICHARD EDUARDO PONTE GAUNA,

Petitioner,

v.

SECRETARY, DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Respondents.

No. 5:26-cv-02523-DSR

**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

Honorable Daniel S. Roberts

United States Magistrate Judge

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** pursuant to 28 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action shall be granted, and that judgment shall be entered by the Court accordingly, without requiring any further proceedings, as follows: The Petition for Writ of Habeas Corpus is granted for the same reasons and on the same terms already provided in the District Court's order dated July 16, 2026 (Dkt. 23). The Court's order to show cause (Dkt. 25) is discharged.

IT IS SO ORDERED.

Dated: October 7, 2026

HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE